JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW S. HUANG (CABN 193730)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-Mail: andrew.huang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD TURNER, ) <br> ) <br> Defendant. ) <br> ) | No. CR 07-00252 SBA <br><br> STIPULATION RE SETTING OF CHANGE OF PLEA AND SENTENCING HEARING, VACATING OF PRETRIAL AND TRIAL DATES, EXCLUSION OF TIME, AND ORDER |

    The United States, by and through its counsel, Joseph P. Russoniello, United States Attorney for the Northern District of California, and Andrew S. Huang, Assistant United States Attorney, and defendant, by and through his counsel, Joyce Leavitt, Assistant Federal Public Defender, hereby agree as follows:

    The parties have achieved an agreement to resolve the case pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) and will be sending, contemporaneous to the filing of this stipulation, the proposed agreement for this honorable Court's review under separate cover. Accordingly, the parties jointly request that the Court set this case for a change of plea and sentencing hearing on June 3, 2008 at 9:00 a.m., order the United States Probation Office to prepare a presentence report in accordance with the rules of the Court, and vacate the trial date

STIPULATION RE SETTING OF CHANGE OF PLEA & SENTENCING HEARING, VAC. OF PRETRIAL & TRIAL DATES, EXCLUSION OF TIME, AND [PROPOSED] ORDER
No. CR 07-0252 SBA

Case 3:07-cr-00252-MMC   Document 22   Filed 03/27/08   Page 2 of 3


1. of April 30, 2008 at 8:30 a.m., pretrial preparation deadline of March 25, 2008, pretrial
2. conference set for April 15, 2008 at 11:00 a.m., motions in limine and evidentiary objections
3. deadline of April 1, 2008, and responses to motions in limine and evidentiary objections deadline
4. of April 8, 2008.  The parties further jointly request that, based on the facts provided herein and
5. pursuant to 18 U.S.C. § 3161(h)(1)(I), time should be excluded between June 3, 2008, date of the
6. change of plea and sentencing hearing, and the filing date of this stipulation, which is also the
7. date of the submission of the proposed plea agreement.

**SO STIPULATED.**

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

 3/25/2008                                       /s/
Date                                              ANDREW S. HUANG
                                                  Assistant United States Attorney

**SO STIPULATED.**

 3/24/2008                                       /s/
Date                                              JOYCE LEAVITT
                                                  Counsel for Defendant Richard Turner

STIPULATION RE SETTING OF CHANGE OF PLEA & SENTENCING HEARING, VAC. OF PRETRIAL & TRIAL DATES,  EXCLUSION OF TIME, AND [PROPOSED] ORDER
No. CR 07-0252 SBA

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the following dates be VACATED in this case: the trial date of April 30, 2008 at 8:30 a.m., the pretrial preparation deadline of March 25, 2008, the pretrial conference set for April 15, 2008 at 11:00 a.m., the motions in limine and evidentiary objections deadline of April 1, 2008, and the responses to motions in limine and evidentiary objections deadline of April 8, 2008.

The Court further ORDERS that this case be SET for a change of plea and sentencing hearing on June 10, 2008 at 10:00 a.m. and that the United States Probation Office prepare a pre-plea presentence report in accordance with the rules of the Court.

The Court further ORDERS that time be excluded from the date of this Order to June 10, 2008 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(I), so that this Court may review the proposed plea agreement.

_3/27/08_  
Date

_Saundra B Armstrong_  
Hon. SAUNDRA BROWN ARMSTRONG  
United States District Court Judge

STIPULATION RE SETTING OF CHANGE OF PLEA & SENTENCING HEARING, VAC. OF PRETRIAL & TRIAL DATES, EXCLUSION OF TIME, AND [PROPOSED] ORDER  
No. CR 07-0252 SBA