1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 07-00252 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA AND SENTENCING DATE; |
| ) | EXCLUSION OF TIME |
| RICHARD TURNER, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date in this case, previously set for June 10, 2008 at 10:00 a.m., before Honorable Judge Saundra Brown Armstrong may be continued to Tuesday, July 1, 2008, at 10:00 a.m. The reason for the request is that defense counsel is unavailable on June 10, 2008. In addition, counsel will be away for most of the period between June 5, 2008 and June 16, 2008 and would like additional time to review the final presentence report once it is issued and file a sentencing memorandum prior to sentencing. The Rule 11(c)(1)(C) plea agreement contemplates a range within which the parties can argue to the Court as to the appropriate sentence.

The parties stipulate that the time from June 10, 2008 to July 1, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel and under 18 U.S.C. §§3161(h)(1)(I) as the Court continues to consider the proposed plea agreement to be entered into by the parties.

DATED: 5/28/08   _____
                 JOYCE LEAVITT
                 Assistant Federal Public Defender

                 /S/
DATED: 5/28/08   _____
                 ANDREW HUANG
                 Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date in this case, previously set for June 10, 2008 at 10:00 a.m., before Honorable Judge Saundra Brown Armstrong may be continued to Tuesday, July 1, 2008, at 10:00 a.m.

IT IS FURTHER ORDERED that the time from June 10, 2008 to July 1, 2008, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel and under 18 U.S.C. §§3161(h)(1)(I) as the Court continues to consider the proposed plea agreement to be entered into by the parties.

1  SO ORDERED.

2

3

4

5

6  DATED:    6/2/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*U.S. v. Turner*, CR 07-00252 SBA; Stip to
Cont. Change of Plea & Sentencing                    - 3 -