IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 07-00252 SBA |
| Plaintiff, ) | |
| ) | ORDER CONTINUING CHANGE OF |
| v. ) | PLEA AND SENTENCING DATE; |
| ) | EXCLUSION OF TIME |
| ) | |
| RICHARD TURNER, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date in this case, previously set for July 1, 2008 at 10:00 is continued to Tuesday, July 22, 2008, at 10:00 a.m. Any sentencing memoranda shall be filed by July 8, 2008.

IT IS FURTHER ORDERED that the time from July 1, 2008 to July 22, 2008 is excludable under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv). The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation.

IT IS SO ORDERED.

Dated: 6/30/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

- 1 -